Summons in a Civil Action (Rev 11/97)

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

ADRIAN REYES-CRUZ, Plaintiff,

vs

EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services; and PAUL PIERRE, Director, San Diego District Office, United States Citizenship & Immigration Services,

Defendants.

FILED
2008 JAN 24 PM 3: 25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 0149 DMS LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kevin A. Bové
Attorney at Law
117 N. Broadway
Escondido CA 92025
(760) 735-2900

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. H_____ CLERK

JAN 24 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)