KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN REYES-CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, Director, San Diego District Office, United States Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 08cv0149 DMS (LSP)<br><br>JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>[Fed.R.Civ.P. 6(b)(1)] |

COME NOW THE PARTIES, Plaintiff Adrian Reyes-Cruz, by and through counsel, Kevin A. Bove, and Defendants Emilio Gonzalez, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading. The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional time is required before Defendants' filing of any responsive pleading in order to pursue resolution of Plaintiff's claims without the intervention of the Court. In order to address Plaintiff's claims and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the

foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **May 30, 2008**.

DATED: 3/27/08

*KBove*

KEVIN A. BOVE
Attorney for Plaintiff
E-Mail: kevinbove@aol.com

DATED: 3/27/08

KAREN P. HEWITT
United States Attorney

*Caroline J. Clark*

CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov