1 | KAREN P. HEWITT
  | United States Attorney
2 | CAROLINE J. CLARK
  | Assistant U.S. Attorney
3 | California State Bar No. 220000
  | Office of the U.S. Attorney
4 | 880 Front Street, Room 6293
  | San Diego, California 92101-8893
5 | Telephone: (619) 557-7491
  | Facsimile: (619) 557-5004
6 | E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADRIAN REYES-CRUZ, | Case No. 08cv0149 DMS (LSP) |
|---|---|
| Plaintiff, | |
| v. | |
| EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, Director, San Diego District Office, United States Citizenship and Immigration Services, | CERTIFICATE OF SERVICE |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

Kevin A. Bove
Attorney at Law
117 N. Broadway
Escondido, CA 92025

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

*Caroline J. Clark*
Caroline J. Clark