UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN REYES-CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, Director, San Diego District Office, United States Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 08cv0149 DMS (LSP)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>[Docket No. 3] |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until May 30, 2008.

**IT IS SO ORDERED.**

DATED: March 27, 2008

_____
HON. DANA M. SABRAW
United States District Judge