KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ADRIAN REYES-CRUZ,

Plaintiff,

v.

EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, Director, San Diego District Office, United States Citizenship and Immigration Services,

Defendants.

Case No. 08cv0149 DMS (LSP)

JOINT MOTION TO DISMISS COMPLAINT

COME NOW THE PARTIES, Plaintiff Adrian Reyes-Cruz, by and through counsel, Kevin A. Bove, and Defendants Emilio Gonzalez, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to dismiss this complaint as moot.

The parties have resolved the matters alleged in Plaintiff's complaint as Defendant USCIS has adjudicated Plaintiff's application for adjustment of status. The parties agreed that the above-captioned case would be dismissed in its entirety. The parties further agreed that each party will bear its own fees and costs of suit.

//

Therefore, the parties respectfully request that the Court enter an order dismissing the complaint as moot.

DATED: 05/29/08

KEVIN A. BOVE
Attorney for Plaintiff
E-Mail: kevinbove@aol.com

DATED: 5/29/08

KAREN P. HEWITT
United States Attorney

CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov