1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 ADRIAN REYES-CRUZ,                )   Case No. 08cv0149 DMS (LSP)
                                     )
11              Plaintiff,           )
                                     )
12     v.                            )
                                     )
13 EMILIO GONZALEZ, Director, United )   CERTIFICATE OF SERVICE
   States Citizenship and Immigration)
14 Services; PAUL PIERRE, Director, San)
   Diego District Office, United States)
15 Citizenship and Immigration Services, )
                                     )
16              Defendants.          )
                                     )
17
   IT IS HEREBY CERTIFIED THAT:
18
        I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
19 business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party
   to the above-entitled action. I have caused service of: **JOINT MOTION TO DISMISS**
20 **COMPLAINT** on the following party by electronically filing the foregoing with the Clerk of the District
   Court using its ECF System, which electronically provides notice.
21
        N/A
22
        I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the
23 following non-ECF participants in this case:

24 Kevin A. Bove
   Attorney at Law
25 117 N. Broadway
   Escondido, CA 92025
26
   the last known address, at which place there is delivery service of mail from the U.S. Postal Service.
27 I declare under penalty of perjury that the foregoing is true and correct.

28 Executed on May 29, 2008.
                                                     Ana Strutton