UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN REYES-CRUZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, Director, San Diego District Office, United States Citizenship and Immigration Services,<br><br>　　　　　　Defendants. | Case No. 08cv0149 DMS (LSP)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT<br><br>[Docket No. 5] |

Having considered the parties' Joint Motion to Dismiss Complaint (Docket No. 5), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(1) that the complaint is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: May 30, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　United States District Judge